UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE LINDA LOPEZ TO MAGISTRATE JUDGE DANIEL E. BUTCHER | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Linda Lopez to the calendar of the Honorable Daniel E. Butcher for all further proceedings. All conferences or hearing dates previously set before Judge Lopez will remain as scheduled and will be before Judge Butcher. All dates set before any district judge remain unchanged.

| **Case No.** | **Title** |
|---|---|
| 20cv307-BAS | Biag v. King George - J&J Worldwide Services LLC et al. |
| 20cv457-BAS | The Estate of Michael Wilson et al. v. County of San Diego et al. |
| 19cv2303-JLS | Rosales v. County of San Diego et al. |
| 19cv1865-GPC | Medimpact Healthcare Systems, Inc. et al. v. IQVIA Holdings Inc. et al. |

1

[Case Number]

| | | |
|---|---|---|
| 1 | 17cv2252-AJB | <u>Meza et al v. Sirius XM Radio Inc.</u> |
| 2 | 19cv1018-DMS | <u>Global Ventu Holding B.V. v. Zeetogroup, LLC et al.</u> |
| 3 | 20cv588-LAB | <u>Y.I. et al. v. County of San Diego et al.</u> |
| 4 | 19cv2066-JAH | <u>Taleff v. Sattgast Taleff et al.</u> |

**IT IS SO ORDERED.**

Dated: June 23, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge